**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter and Care and
Treatment of Richard Fletcher
Ellisor,                                                          Appellant.

———————

Appeal From Lexington County
William P. Keesley, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-484
Submitted May 1, 2012 –Filed August 8, 2012

———————

**APPEAL DISMISSED**

———————

Appellate Defender LaNelle Cantey DuRant, of Columbia, and Richard Fletcher Ellisor, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Deborah R.J. Shupe, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.

**PER CURIAM:** Richard Fletcher Ellisor appeals his commitment pursuant to the South Carolina Sexually Violent Predator Act, arguing the trial court erred in admitting testimony concerning his prior criminal convictions. Ellisor also filed a pro se brief. After a thorough review of the record and all briefs pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), <u>In re McCoy</u>, 360 S.C. 425, 602 S.E.2d 58 (2004) (adopting the <u>Anders</u> procedure for alleged no-merit appeals in sexually violent predator involuntary commitment appeals), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**

**FEW, C.J., HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.